IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL RIGGINS, AIS # 184051,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 08-0195-CG-C** |
| **RICHARD ALLEN, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 29th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE